Argued and submitted June 2, reversed and remanded for reconsideration December 6, 2000, petition for review denied March 20, 2001 (331 Or 692)

In the Matter of the Compensation of
John Harkness, Claimant.

John HARKNESS,
*Petitioner,*

*v.*

SAIF CORPORATION
and Unocal 76,
*Respondents.*

(97-08467; CA A104207)

15 P3d 103

■■■■■■■■■■■■■■■■■■■■■■■■

Gayle A. Shields argued the cause and filed the brief for petitioner.

Jerome Patrick Larkin argued the cause and filed the brief for respondents.

Before Edmonds, Presiding Judge, and Deits, Chief Judge,* and Kistler, Judge.

PER CURIAM

■■■■■■■■■■■■■■■■■■■■

---

* Deits, C. J., *vice* Warren, S. J.

**PER CURIAM**

This is a workers' compensation case in which claimant seeks review of the order of the Workers' Compensation Board upholding SAIF's denial of compensation. He contends that the Board erred in affirming SAIF's denial of coverage because its denial was premature under our holding in *Croman Corp. v. Serrano*, 163 Or App 136, 986 P2d 1253 (1999). Because the Board did not make a finding as to whether acceptance occurred before the denial in question, we remand for reconsideration. *Blamires v. Clean Pak Systems, Inc.*, 171 Or App 263, 15 P3d 101 (2000).

Reversed and remanded for reconsideration.